IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUINTEZ TALLEY, PENNSYLVANIANS WITH MENTAL ILLNESS and MINORITIES OF PENNSYLVANIA** : <br> : <br> : <br> : <br> **v.** : <br> : <br> **COMMONWEALTH OF PENNSYLVANIA, SUPREME COURT OF PENNSYLVANIA, CITY OF PHILADELPHIA, DEFENDER'S ASSOCIATION OF PHILADELPHIA, COURT OF COMMON PLEAS OF PHILADELPHIA, DISTRICT ATTORNEY'S OFFICE OF PHILADELPHIA, DISTRICT ATTORNEY SETH WILLIAMS, D.A. LAWRENCE KRASNER, KENDRA MCCRAE, Assistant District Attorney, A.D.A. ZACHARY F. MATTIONI, ROBERT LISTENBEE, MRS. ELLEN T. GREENLEE, PUBLIC DEFENDER JOHN KONCHAK, JUDGE GENECE E. BRINKLEY, SUPERIOR COURT OF PENNSYLVANIA JUDGE BOWES, JUDGE STABILE, JUDGE COLINS, COURT OF COMMON PLEAS, FAYETTE COUNTY, FAYETTE COUNTY, PENNSYLVANIA, FAYETTE COUNTY'S DISTRICT ATTORNEY'S OFFICE, A.D.A. SEAN LEMENTOWSKI, ADA WENDY O'BRIEN, PRODEN & O'BRIEN, LLC, JUDGE LINDA R. CORDARO, CENTRE COUNTY COURTHOUSE, CENTRE COUNTY, PENNSYLVANIA, JUDGE THOMAS KING KISTLER, JONATHAN D. GRINE (Judge), PAMELA A. RUEST, BRADLEY P. LUNSFORD, J. MICHAEL WILLIAMS, ALLEN SINCLAIR, STEVEN LACHMAN, DISTRICT ATTORNEY'S OFFICE OF CENTRE COUNTY, CENTRE COUNTY'S DEFENDER ASSOCIATION, D.A. STACY PARKS-MILLER, ADA LINDSEY CATHERINE FOSTER, ADA DANIEL MCKENRICK, CHIEF DEFENDER DAVID CROWLEY, PUBLIC DEFENDER CASEY** : | **CIVIL ACTION** |

| | |
|---|---|
| **M. MCCLAIN, PENNSYLVANIA DEPT. OF CORRECTIONS, TAMMY FERGUSON, LT. WILLIAM FOSTER, CAPT. GLENN IRWIN, THOMAS SUCCHETA, ROBERT HEWITT, THOMAS GERALD LYKENS, DAVID PATRICK LINK, MICHAEL WORSTELL, MICHAEL LEFEBVRE, BENARD KARABINOS, ROBERT WILLIAMSON, STEPHEN PROUDFIT, AMY SCHAUP, CAPT. SALVAY, CAPT. WILLIAM TOFT, LT. JOSHUA POSKA, LT. FREDRICK ST. JOHN, SGT. LOUIS DOBISH, C.O. CHAD HARBAUGH, C.O. ROGER, C.O. ANDREW HIGINBOTHAM, UNKNOWN ADA, PENNSYLVANIA STATE POLICE, TPR. ROBERT SCHMID, TPR. BRIAN WAKEFIELD, TPR. THOMAS STOCK, HARRISBURG REGIONAL LABORATORY, GABRIEL LLINAS, JEFFREY A. WAGNER, PUBLIC DEFENDER MATT JAYNES, DA RICHARD BOWER, FAYETTE COUNTY'S DEFENDER ASSOCIATION, CHIEF DEFENDER OF FAYETTE COUNTY'S DEFENDER ASSO. and FAYETTE COUNTY** : : : : : : : : : : : : : : : : : : : : : : : : NO. 22-2328 |

## ORDER

**NOW**, this 23rd day of March, 2023, upon consideration of Plaintiff Quintez Talley's *pro se* Complaint (ECF No. 1), the Motion to Proceed *In Forma Pauperis* (ECF No. 5), and the Motion for Class Certification (ECF No. 7) it is **ORDERED** that:

    1.    The Complaint is **DISMISSED** in its entirety as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), as follows:

        a. Claims barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) are **DISMISSED WITHOUT PREJUDICE** to Talley filing a new case only in

2

3

        the event his underlying convictions are reversed, vacated, or otherwise invalidated; and

        b.  All other claims are **DISMISSED WITH PREJUDICE**.

2.    The Motion to Proceed *In Forma Pauperis* and the Motion for Class Certification are **DENIED AS MOOT**.

_____
TIMOTHY J. SAVAGE, J.